IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MARSELLA D. MILES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 4:26-cv-603 (CDL) |
| Sergeant MCDONALD, | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 27th, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action.

This 28th day of August 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk